# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EQUITY RESIDENTIAL MANAGEMENT LLC,

    Plaintiff,

    v.

ZACHARY FREYER,

    Defendant.

Case No. 17-cv-01471-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

Re: Dkt. No. 7

On March 23, 2017, Magistrate Judge Kandis A. Westmore granted defendant's application to proceed *in forma pauperis* and issued a Report and Recommendation recommending that this unlawful detainer case be remanded to San Mateo County Superior Court for lack of jurisdiction. Dkt. No. 7.

Objections to Judge Westmore's recommendation were due by April 10, 2017. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.[1] Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge Westmore's Report and Recommendation in full. This case is REMANDED to San Mateo County Superior Court for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: April 11, 2017

William H. Orrick
United States District Judge

---

[1] Plaintiff Equity Residential Management, LLC filed a motion to remand on March 24, 2017. Dkt. No. 9. That motion seeks remand for the same reasons given by Judge Westmore in her Report and Recommendation.